IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD BECKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-6460 |
| THE BANK OF NEW YORK MELLON TRUST | : | |
| COMPANY, N.A. and J.P. MORGAN TRUST | : | (Consolidated with No. 12-6412) |
| COMPANY, NATIONAL ASSOCIATION | : | |

ORDER

AND NOW, this 5th day of October, 2016, it is hereby ORDERED as follows:

1. Plaintiff Leonard Becker's Motion for Class Certification (Doc. No. 67) is GRANTED.

2. Under Federal Rule of Civil Procedure 23(a) and 23(b)(3), the claims stated in these consolidated Civil Actions No. 11-6460 and No. 12-6412 are certified as a class action,[1] on behalf of the class that is defined as follows:

> All persons or entities who purchased or otherwise acquired the bonds identified as the Borough of Langhorne Manor Higher Education and Health Authority Hospital Revenue Bonds, Series of 1992 (The Lower Bucks Hospital), and who are holders of an Allowed Class A3 Claim pursuant to Section 5.1.3(A)(ii) of the Plan for reorganization of Lower Bucks Hospital, which Plan was confirmed under Chapter 11 of the Bankruptcy Code.  Excluded from the class are Defendants and any person, firm, trust, corporation, or other entity related to or affiliated with any Defendant and any officers and directors thereof.

3. Under Federal Rule of Civil Procedure 23(a)(4), Plaintiff Leonard Becker is certified as the class representative.

4. Under Federal Rule of Civil Procedure 23(g), the law firm Barrack, Rodos & Bacine is appointed as class counsel.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

1 See the Court's Memorandum that accompanies this Order for a discussion of the class claims, issues, and defenses.  See also Complaints filed in Becker v. The Bank of New Mellon Trust Co., N.A. and J.P. Morgan Co., National Association, No. 11-6460 ("Becker I") (Doc. No. 1) and Becker v. The Bank of New York Mellon Trust Co., N.A., No. 12-6412 ("Becker II") (Doc. No. 1).