# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD BECKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A, and J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION,<br><br>Defendants. | C. A. No. 2:11-cv-06460 (JRS)<br>(consolidated with C. A. No. 2:12-cv-06412 (JRS)) |

## PLAINTIFF'S UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT AND (II) APPROVAL OF NOTICE TO THE CLASS

Plaintiff Leonard Becker hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form, content and manner of giving notice of the proposed Settlement to the Class; and (iii) scheduling a hearing to consider final approval of the Settlement and the application to be submitted by Class Counsel for an award of attorneys' fees and reimbursement of litigation expenses.

The Motion is based upon the Stipulation and Agreement of Settlement dated June 8, 2018, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein. The parties' agreed-upon form of proposed Preliminary Approval Order, with exhibits thereto, is attached as Exhibit 2 to this Motion. Pursuant to the terms of the Stipulation, this Motion is unopposed by Defendants.

|  |  |
|---|---|
| Dated: June 8, 2018 | Respectfully submitted,<br><br>**BARRACK, RODOS & BACINE**<br><br>  /s/ *Lisa M. Port*  <br>Daniel E. Bacine<br>Jeffrey B. Gittleman<br>Lisa M. Port<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>(215) 963-0600<br><br>*Counsel for Plaintiff and the Class* |

*Of Counsel:*

Charles M. Golden
**FELLHEIMER & EICHEN LLP**
Two Liberty Place
50 South 16th Street, Suite 3401
Philadelphia, Pennsylvania 19102
(215) 253-6630