# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD BECKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A, and J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION,<br><br>Defendants. | C. A. No. 2:11-cv-06460 (JRS)<br>(consolidated with C. A. No. 2:12-cv-06412 (JRS)) |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Leonard Becker hereby moves this Court for entry of a judgment (ECF No. 249-3) approving the Settlement as fair, reasonable and adequate. This Motion is based upon the Declaration of Lisa M. Port in Support of: (I) Plaintiff's Motion for Final Approval of Settlement; and (II) Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Settlement, and all other papers and proceedings herein.

Dated: August 3, 2018

Respectfully submitted,

**BARRACK, RODOS & BACINE**

 /s/ *Lisa M. Port*
Daniel E. Bacine
Jeffrey B. Gittleman
Lisa M. Port
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

*Counsel for Plaintiff and the Class*

*Of Counsel:*

Charles M. Golden
**FELLHEIMER & EICHEN LLP**
Two Liberty Place
50 South 16th Street, Suite 3401
Philadelphia, Pennsylvania 19102
(215) 253-6630